```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 44706
   PAMELA JACKSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6241


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 11/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/31/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
BARNES USED CARS         UNSECURED        2446.51           .00            .00
DRIVE FINANCIAL SERVICES SECURED         12000.00          2058.71       2993.86
DRIVE FINANCIAL SERVICES UNSECURED        3913.16           .00            .00
NATIONWIDE CASSEL        UNSECURED        4598.00           .00            .00
BARNES USED CARS         SECURED          2100.00          212.32        557.44
INTERNAL REVENUE SERVICE PRIORITY          666.32           .00            .00
AOL                      UNSECURED      NOT FILED           .00            .00
PFG OF MINNESOTA         NOTICE ONLY    NOT FILED           .00            .00
BLACK EXPRESSIONS        UNSECURED      NOT FILED           .00            .00
PUBLISHERS CLEARING HOUS NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE SERVICES     UNSECURED      NOT FILED           .00            .00
CBCS                     NOTICE ONLY    NOT FILED           .00            .00
CDA PONTIAC              UNSECURED      NOT FILED           .00            .00
CHECK'N GO               UNSECURED            .00           .00            .00
GALWAY FINANCIAL SVC LLC UNSECURED          285.25          .00            .00
CITY OF CHICAGO PARKING  UNSECURED         1410.00          .00            .00
COMCAST                  UNSECURED      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC  NOTICE ONLY    NOT FILED           .00            .00
COMED                    UNSECURED      NOT FILED           .00            .00
FORTE COMMUNICATIONS     UNSECURED      NOT FILED           .00            .00
HARRIS BANK              UNSECURED      NOT FILED           .00            .00
HOLLYWOOD ENTERTAINMENT  UNSECURED      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC  NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS TOLLWAY         UNSECURED      NOT FILED           .00            .00
LASALLE BANK             UNSECURED      NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C UNSECURED      NOT FILED           .00            .00
DOMINICKS FINER FOODS    NOTICE ONLY    NOT FILED           .00            .00
MIDLAND FINANCE COMPANY  UNSECURED      NOT FILED           .00            .00
NATIONAL RECOVERIES INC  UNSECURED      NOT FILED           .00            .00
CUB FOODS                NOTICE ONLY    NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED           .00            .00
PROVIDENT HOSPITAL COOK  UNSECURED      NOT FILED           .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 44706 PAMELA JACKSON
```

```
ASSET ACCEPTANCE CORP    UNSECURED        775.19            .00            .00
ASSET ACCEPTANCE         NOTICE ONLY   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED         29.51            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    1,705.20                       1,705.20
TOM VAUGHN               TRUSTEE                                         415.40
DEBTOR REFUND            REFUND                                            5.57
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 7,948.50   |               |
| PRIORITY             |            | .00           |
| SECURED              |            | 3,551.30      |
|    INTEREST |      | 2,271.03      |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 1,705.20      |
| TRUSTEE COMPENSATION |            | 415.40        |
| DEBTOR REFUND        |            | 5.57          |
| TOTALS               | 7,948.50   | 7,948.50      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE